*E-Filed 12/19/11*

1   **SEDGWICK LLP**
    Ralph A. Guirgis (State Bar. No. 143262)
2   ralph.guirgis@sedgwicklaw.com
    Michael L. Fox (State Bar No. 173355)
3   michael.fox@sedgwicklaw.com
    Jamison R. Narbaitz (State Bar No. 219339)
4   jamison.narbaitz@sedgwicklaw.com
    333 Bush Street, 30th Floor
5   San Francisco, CA  94104-2834
    Telephone:    415.781.7900
6   Facsimile:    415.781.2635

7   Attorneys for Defendant
    BRIT UW LIMITED
8   (sued as "Certain Underwriters at Lloyd's
    Under Policy No. B0146LDUSA701030")

9

10

11                      UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14   WILLIAM AMBROSIO, *et al.*,            CASE NO.   3:11-cv-04956-RS

15              Plaintiffs,                 **JOINT STIPULATION (1) TO RELATE**
                                            **CASES PURSUANT TO CIVIL L.R. 3-12,**
16          v.                              **AND (2) FOR AN ORDER ADOPTING**
                                            **THE SAME BRIEFING SCHEDULE**
17   CERTAIN UNDERWRITERS AT LLOYD'S        **AND HEARING DATE FOR ALL OF**
     UNDER POLICY NO.                       **DEFENDANTS' MOTIONS TO DISMISS**
18   B0146LDUSA0701030 and DOES 1 through   **AND MOTIONS TO STRIKE**
     100, inclusive,
19
                Defendants.
20                                          CASE NO.   3:11-cv-04957-RS
     MICHAEL ALVARADO, *et al.*,
21
                Plaintiffs,
22
            v.
23
     CERTAIN UNDERWRITERS AT
24   LLOYD'S UNDER POLICY NO.
     B0146LDUSA0701030, and DOES 1-100,
25   inclusive,

26              Defendants.

27

28
                                       -1-
     JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO L.R. 3-12; AND (2) FOR AN ORDER ADOPTING SAME
        BRIEFING SCHEDULE AND HEARING DATE FOR ALL OF DEFENDANTS' MOTIONS TO DISMISS AND STRIKE
                                                                              3:11-cv-04956-RS
     SF/2635722v1

| | |
|---|---|
| WILLIAM JAMISON, *et al.*, | CASE NO.   3:11-cv-04958-RS |
| Plaintiffs, | |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, | |
| Defendants. | |
| WOOD RIVER CAPITAL RESOURCES, LLC, *et al.*, | CASE NO.  3:11-cv-5759-RS |
| Plaintiffs, | |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, | |
| Defendants. | |
| HENRY JAMES ANDERSON, *et al.* | CASE NO.  3:11-cv-5760-RS |
| Plaintiffs, | |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, | |
| Defendants. | |
| ROSEVILLE CAPITAL RESOURCES, LLC; *et al.*, | CASE NO.  3:11-cv-5761-RS |
| Plaintiffs, | |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, | |
| Defendants. | |

1  | DEAN G. NOWACKI; *et al.*,

CASE NO. 4:11-cv-6366-LB

2  | Plaintiffs,

3  | v.

4  | CERTAIN UNDERWRITERS AT LLOYD'S
5  | UNDER POLICY NO.
   | B0146LDUSA0701030 and DOES 1 through
6  | 100, inclusive,

7  | Defendants.

8  | OAKDALE HEIGHTS REDDING 1, LLC;
   | *et al.*,

CASE NO. 3:11-cv-6368-JCS

9  | Plaintiffs,

10 | v.

11 | CERTAIN UNDERWRITERS AT LLOYD'S
12 | UNDER POLICY NO.
   | B0146LDUSA0701030 and DOES 1 through
13 | 100, inclusive,

14 | Defendants.

15      Plaintiffs William Ambrosio, *et al.*, Case Number 3:11-cv-04956-RS, by and through

16 their counsel of record, George Donaldson, Esq. from the Law Office of George Donaldson;

17      Plaintiffs Michael Alvarado, *et al.*, Case Number 3:11-cv-04957-RS, by and through their

18 counsel of record, Jeffrey A. Feldman, Esq. from the Law Offices of Jeffrey A. Feldman;

19      Plaintiffs William Jamison, *et al.*, Case Number 3:11-cv-04958-RS, by and through their

20 counsel of record, Val Hornstein, Esq. from the Hornstein Law Offices;

21      Plaintiffs Wood River Capital Resources, LLC, *et al.*, Case Number 3:11-cv-05759-RS,

22 by and through their counsel of record, Jeffery J. Swanson, Esq. from the Law Offices of Jeffery

23 J. Swanson;

24      Plaintiffs Henry James Anderson, *et al.*, Case Number 3:11-cv-5760-RS, by and through

25 their counsel of record, Richard S. Miller, Esq. from the Law Offices of Richard S. Miller;

26      Plaintiffs Roseville Capital Resources, LLC, *et al.*, Case Number 3:11-cv-5761-RS, by

27 and through their counsel of record, Troy A. Thielemann, Esq. from Cappello & Noel LLP;

28

Sedgwick LLP

1   Plaintiffs Dean G. Nowacki, *et al.*, Case Number 4:11-cv-6366-LB, presently before the

2   Honorable Laurel Beeler, by and through their counsel of record, Patrick L. Deedon, Esq. from

3   Maire & Burgess;

4   Plaintiffs Oakdale Heights Redding 1, LLC, *et al.*, Case Number 3:11-cv-6368-JCS,

5   presently before the Honorable Joseph C. Spero, by and through their counsel of record, Patrick

6   L. Deedon, Esq. from Maire & Burgess; and

7   Defendant Brit UW Limited ("Brit"), Case Numbers 3:11-cv-04956-RS; 3:11-cv-04957-

8   RS; 3:11-cv-04958-RS; 3:11-cv-05759-RS; 3:11-cv-5760-RS; 3:11-cv-5761-RS; 4:11-cv-6366-

9   LB; and 3:11-cv-6368-JCS, by and through its counsel of record, Michael L. Fox, Esq. of

10  Sedgwick LLP, hereby stipulate as follows:

11  The six actions filed by Plaintiffs William Ambrosio, *et al.*, Michael Alvarado, *et al.*,

12  William Jamison, *et al.*, Wood River Capital Resources, LLC, *et al.*, Henry James Anderson, *et*

13  *al.*, and Roseville Capital Resources, LLC, *et al.* (collectively "the Related Cases") have been

14  deemed related and are pending before the Honorable Richard Seeborg because all six concern

15  substantially the same parties, events and request for relief, so assignment to separate judges

16  would have involved unnecessary duplication of labor, cost and conflicting results.  (ECF No. 22

17  in Case No. 3:11-cv-04956-RS.)

18  Similarly, the two actions filed by Plaintiffs Dean G. Nowacki, *et al.* and Oakdale Heights

19  Redding 1, LLC, *et al.* (collectively "the New Cases") were removed to the Northern District of

20  California on December 15, 2011.  Both of the New Cases concern substantially the same parties,

21  events and request for relief as each of the other New Cases and the Related Cases.  Therefore,

22  assignment to separate judges would involve unnecessary duplication of labor, cost and

23  conflicting results.

24  Therefore, the parties, by and through their counsel of record, stipulate that the New

25  Cases should be related to each other and to the Related Cases, with the earliest filed case,

26  pursuant to Civil L.R. 3-12.

27

28

-4-
JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO L.R. 3-12; AND (2) FOR AN ORDER ADOPTING SAME
BRIEFING SCHEDULE AND HEARING DATE FOR ALL OF DEFENDANTS' MOTIONS TO DISMISS AND STRIKE

3:11-cv-04956-RS

1  Brit has already filed Motions to Dismiss pursuant to Federal Rule of Civil Procedure

2  12(b)(6) and Motions to Strike pursuant to Federal Rule of Civil Procedure 12(f) in the Related

3  Cases.  The Court has already set the following briefing schedule for those motions:  (1) the

4  hearing on the Motions to Dismiss and the Motions to Strike filed in the six related cases is

5  scheduled for February 2, 2012, at 1:30 p.m.; (2) Plaintiffs' opposition papers to Brit's motions

6  will be due January 3, 2012; and (3) and Brit's reply papers will be due January 17, 2012.  (ECF

7  No. 22 in Case No. 3:11-cv-04956-RS.)

8  Brit anticipates filing similar Motions to Dismiss and/or Motions to Strike in the New

9  Cases.  Plaintiffs and Brit desire to establish a single hearing date relating to Defendants'

10  Motions to Dismiss and Motions to Strike filed in the New Cases and the Related Cases, to allow

11  for the filing of coordinated and/or joint opposition papers by Plaintiffs, to the extent possible, in

12  order to eliminate unnecessary duplication of labor and cost.  If Brit files its motions on or before

13  December 20, 2011, the New Cases can adopt the same briefing schedule and hearing date as

14  already set in the Related Cases (ECF No. 22 in Case No. 3:11-cv-04956-RS), without any

15  modification.

16  Therefore, the parties, by and through their counsel of record, further stipulate, subject to

17  the Court's approval, that (1) Brit shall file its Motions to Dismiss and/or Motions to Strike in the

18  New Cases no later than December 20, 2011; (2) the hearing for the Motions to Dismiss and the

19  Motions to Strike filed in all eight cases will be scheduled for February 2, 2012, at 1:30 p.m.; (3)

20  Plaintiffs' opposition papers to Brit's motions will be due January 3, 2012; and (4); and Brit's

21  reply papers will be due January 17, 2012.

22  IT SO STIPULATED.

23

24  DATED:  December 16, 2011          SEDGWICK LLP

25                                     By: /s/ Michael L. Fox
                                           Michael L. Fox
26                                         Attorneys for Defendant
                                           BRIT UW LIMITED
27                                         (sued as "Certain Underwriters at Lloyd's
                                           Under Policy No. B0146LDUSA701030")
28
                                           -5-

1    DATED:  December 16, 2011          Law Office of George Donaldson

2                                       By: /s/ George Donaldson
3                                            George Donaldson
                                             Attorneys for Plaintiffs
                                             William Ambrosio, *et al.*,
4                                            Case No. 3:11-cv-04956-RS

5

6    DATED:  December 16, 2011          Law Offices of Jeffrey A. Feldman

7                                       By: /s/ Jeffrey A. Feldman
                                             Jeffrey A. Feldman
8                                            Attorneys for Plaintiffs
                                             Michael Alvarado, *et al.*,
9                                            Case No. 3:11-cv-04957-RS

10

     DATED:  December 16, 2011          Hornstein Law Offices
11

12                                      By: /s/ Val Hornstein
                                             Val Hornstein
13                                           Attorneys for Plaintiffs
                                             William Jamison, *et al.*,
                                             Case No. 3:11-cv-04958-RS
14

15   DATED:  December 16, 2011          Law Offices of Jeffery J. Swanson

16                                      By: /s/ Jeffery J. Swanson
                                             Jeffery J. Swanson
17                                           Attorneys for Plaintiffs
                                             Wood River Capital Resources, LLC, *et al.*,
18                                           Case Number 3:11-cv-05759-RS

19
     DATED:  December 16, 2011          Law Offices of Richard S. Miller
20

21                                      By: /s/ Richard S. Miller
                                             Richard S. Miller
22                                           Attorneys for Plaintiffs
                                             Henry James Anderson, *et al.*,
                                             Case No. 3:11-cv-5760-RS
23

24   DATED:  December 16, 2011          Cappello & Noel LLP

25                                      By: /s/ Troy A. Thielemann
                                             Troy A. Thielemann
26                                           Attorneys for Plaintiffs
                                             Roseville Capital Resources, LLC, *et al.*,
27                                           Case No. 3:11-cv-5761-RS

28
JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO L.R. 3-12; AND (2) FOR AN ORDER ADOPTING SAME
BRIEFING SCHEDULE AND HEARING DATE FOR ALL OF DEFENDANTS' MOTIONS TO DISMISS AND STRIKE
                                                                              3:11-cv-04956-RS

SF/2635722v1

Sedgwick ᴸᴸᴾ

DATED:  December 19, 2011          Maire & Burgess

                                   By: /s/ Patrick L. Deedon
                                       Patrick L. Deedon
                                       Attorneys for Plaintiffs
                                       Dean G. Nowacki, *et al.*,
                                       Case No. 4:11-cv-6366-LB


DATED:  December 19, 2011          Maire & Burgess

                                   By: /s/ Patrick L. Deedon
                                       Patrick L. Deedon
                                       Attorneys for Plaintiffs
                                       Oakdale Heights Redding 1, LLC, *et al.*,
                                       Case No. 3:11-cv-6368-JCS


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December __19__, 2011

                                   By: _____
                                       The Honorable Richard Seeborg
                                   U.S. District Judge, Northern District of California

JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO L.R. 3-12; AND (2) FOR AN ORDER ADOPTING SAME
BRIEFING SCHEDULE AND HEARING DATE FOR ALL OF DEFENDANTS' MOTIONS TO DISMISS AND STRIKE
3:11-cv-04956-RS

SF/2635722v1